**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVLLE DIVISION**

**SEAN WILBOURN**                                                                          **PLAINTIFF**

**V.**                                                 **NO. 4:25-CV-90-DMB-JMV**

**CITY OF GRENADA,
MISSISSIPPI**                                                            **DEFENDANT**

## ORDER OF RECUSAL

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 28th day of July, 2025.

                                                               **/s/Debra M. Brown**
                                                                **UNITED STATES DISTRICT JUDGE**