**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SEAN WILBOURN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 4:25-CV-90-RPC-JMV**

**CITY OF GRENADA, MISSISSIPPI** **DEFENDANT**

**AGREED JUDGMENT OF DISMISSAL**

The parties have agreed to and announced to the Court a confidential settlement of this case, and the Court is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims in this are hereby DISMISSED WITH PREJUDICE, with each party to bear their own costs and fees.

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to the parties' confidential settlement agreement, the Court shall retain jurisdiction over this action for the purpose of enforcing terms of the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the 18th day of November 2026.

Robert P. Chamberlin
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

By: */s/ Mallory K. Bland*
G. Todd Butler, MB #102907
Andrew R. Norwood, MB #105087
Mallory K. Bland, MB #105665
PHELPS DUNBAR LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: 601.352.2300
Email: todd.butler@phelps.com
Email: drew.norwood@phelps.com
Email: mallory.bland@phelps.com

By: */s/ Yance Falkner*
Jim Waide, MB #6857
Rachel Pierce Waide, MB #100420
Yance Falkner, MB #106107
WAIDE & ASSOCIATES, P.A.
332 North Spring St.
Tupelo, MS 38804-3955
Post Office Box 1357
Tupelo, MS 38802-1357
Telephone: 662.842.7324
Facsimile: 662.842.8056
Email: waide@waidelaw.com
jdw@waidelaw.com
rpierce@waidelaw.com

| | |
|---|---|
| ***ATTORNEYS FOR DEFENDANT*** | yfalkner@waidelaw.com |
| ***THE CITY OF GRENADA, MISSISSIPPI*** | ***ATTORNEYS FOR PLAINTIFF*** |